JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELMAR NIX,<br><br>  Petitioner,<br><br> vs.<br><br>JAMES D. HARTLEY, Warden, et al.,<br><br>  Respondent. | Case No. EDCV 07-1435-DOC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: September 24, 2009

_____
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge